FILED

2017 FEB -6 PM 3:53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: [signature]

Name: Oscar Lopez
Address: 40382 Anvil Hope Way
Murrieta, CA 92563-4934
Phone: (951) 204-2322 msg.
Fax: In Pro Per
In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Lopez, Plaintiff<br>v.<br>U.S. Bank National Association, Defendant(s). | CASE NUMBER: ED CV17-00221 JGB (KKx)<br>To be supplied by the Clerk of The United States District Court |
| | Complaint<br>1. Fraud / misrepresentation<br>2. wrongful Foreclosure<br>3. Unfair Business Practices |

1) Comes now Oscar Lopez as Plaintiff in complaint for fraud, misrepresentation, wrongful foreclosure, unfair business practices.

2). The Plaintiff is the occupant at the subject property located at 40382 Anvil Hope Way, Murrieta, CA 92563, and is a resident of the State of California. The Defendant conducts business in the State of California.

3). The Plaintiff request determination of wrongful foreclosure, fraud, misrepresentation, and unfair business practices.

Date: 2/6/17

Print Signature: Oscar Lopez
Plaintiff.